B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dunkin 36 LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-2997554** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4060 Broadway**<br>**New York, NY**<br>ZIP Code **10032** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3 Moline Court**<br>**Great Neck, NY**<br>ZIP Code **11024** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

## Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dunkin 36 LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____<br>           (Name of landlord that obtained judgment)

           _____<br>           (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dunkin 36 LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Marilyn Simon**
Signature of Attorney for Debtor(s)

**Marilyn Simon**
Printed Name of Attorney for Debtor(s)

**Marilyn Simon & Associates**
Firm Name

**110 E. 59th Street**
**23rd Floor**
**New York, NY 10022**
Address

**Email: msimon@msimonassoc.com**
**(212) 759-7909  Fax: (212) 759-7690**
Telephone Number

**December 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Behrooz Hedvat**
Signature of Authorized Individual

**Behrooz Hedvat**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**December 30, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **Dunkin 36 LLC**        Case No. _____

                 Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **NYC Dept. of Finance**<br>**345 Adams St., 3rd Floor**<br>**Legal Affairs, Devora Cohn**<br>**Brooklyn, NY 11201** | **NYC Dept. of Finance**<br>**345 Adams St., 3rd Floor**<br>**Legal Affairs, Devora Cohn**<br>**Brooklyn, NY 11201** | | | **118,506.39** |
| **NYC Water Board**<br>**PO Box 410**<br>**Church Street Station**<br>**New York, NY 10008-0410** | **NYC Water Board**<br>**PO Box 410**<br>**Church Street Station**<br>**New York, NY 10008-0410** | | | **36,065.32** |
| **Vorillas, Inc.**<br>**36-08 30th Avenue**<br>**Astoria, NY 11103** | **Vorillas, Inc.**<br>**36-08 30th Avenue**<br>**Astoria, NY 11103**<br>**718-721-8585** | | | **6,701.56** |
| **NYC Water Board**<br>**PO Box 410**<br>**Church Street Station**<br>**New York, NY 10008-0410** | **NYC Water Board**<br>**PO Box 410**<br>**Church Street Station**<br>**New York, NY 10008-0410** | | | **3,621.60** |
| **Eden George Exterminating**<br>**6625 Avenue M**<br>**Suite 3**<br>**Brooklyn, NY 11234** | **Eden George Exterminating**<br>**6625 Avenue M**<br>**Suite 3**<br>**Brooklyn, NY 11234**<br>**917-214-5433** | | | **785.00** |
| **Cohen Hurkin Ehrenfeld**<br>**Pomerantz & Tenenbaum LLP**<br>**25 Chapel St., Ste. 705**<br>**Brooklyn, NY 11201** | **Cohen & Hurkin**<br>**25 Chapel Street, Ste. 705**<br>**Brooklyn, NY 11201**<br>**718-596-9000** | | | **750.00** |
| **Consolidated Edison of NY**<br>**Bankruptcy Unit**<br>**4 Irving Place**<br>**New York, NY 10003** | **Consolidated Edison of NY**<br>**Bankruptcy Unit**<br>**4 Irving Place**<br>**New York, NY 10003**<br>**212-243-1900** | | | **539.59** |
| **Able Fire Prevention**<br>**241 West 26th Street**<br>**New York, NY 10001** | **Able Fire Prevention**<br>**241 West 26th Street**<br>**New York, NY 10001**<br>**212-633-6279** | | | **254.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Dunkin 36 LLC**                                  Case No.                       

<div align="center">Debtor(s)</div>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Big Mike's**<br>**269 Links Drive**<br>**Oceanside, NY 11572** | **Big Mike's**<br>**269 Links Drive**<br>**Oceanside, NY 11572**<br>**516-594-8106** | | | **250.00** |
| **Exact Meter Reading**<br>**408 E. 175th Street**<br>**Bronx, NY 10457** | **Exact Meter Reading**<br>**408 E. 175th Street**<br>**Bronx, NY 10457**<br>**718-731-6802** | | | **150.00** |
| **Empower NY**<br>**1304 Avenue M**<br>**2nd Floor**<br>**Brooklyn, NY 11230** | **Empower NY**<br>**1304 Avenue M**<br>**2nd Floor**<br>**Brooklyn, NY 11230**<br>**212-822-3420** | | | **150.00** |
| **Verizon**<br>**140 West Street**<br>**Bankruptcy Unit**<br>**New York, NY 10007** | **Verizon**<br>**140 West Street**<br>**Bankruptcy Unit**<br>**New York, NY 10007** | | | **39.04** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Dunkin 36 LLC**                   Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 30, 2010**         Signature  **/s/ Behrooz Hedvat**

                                  **Behrooz Hedvat**
                                  **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**B6 Summary (Official Form 6 - Summary) (12/07)**

.

# United States Bankruptcy Court
## Southern District of New York

In re     **Dunkin 36 LLC** _____,     Case No. _____

                                              Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,200,000.00 | | |
| B - Personal Property | Yes | 3 | 215,694.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,521,968.22 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 118,506.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 49,306.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 4,415,694.82 | | |
| Total Liabilities | | | | 16,689,780.72 | |

.

# United States Bankruptcy Court
## Southern District of New York

In re    **Dunkin 36 LLC** _____ ,

                                  Debtor

Case No. _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re **Dunkin 36 LLC**, Case No. ______________________
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6-story walk-up apartment building containing 37 residential apartments and 6 retail units. Building is located at 4060 Broadway, New York, NY.** | | **-** | **4,200,000.00** | **16,521,968.22** |

Sub-Total > **4,200,000.00** (Total of this page)

Total > **4,200,000.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Dunkin 36 LLC**                              ,     Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | None | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Alma Bank, Account No. 120007894**<br>**28-31 31st Street**<br>**Astoria, NY 11102**<br>**Balance approximates $2,100.00**<br><br>**Capital One Bank, Account No. 7017090717**<br>**1407 Broadway**<br>**New York, NY 10018**<br>**Balance approximates $10.00** | - | 2,110.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Tenant deposits.** | - | 56,601.22 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | None | - | 0.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | None | - | 0.00 |
| 6. Wearing apparel. | | None | - | 0.00 |
| 7. Furs and jewelry. | | None | - | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | None | - | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | None | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | None | - | 0.00 |

Sub-Total >     58,711.22
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dunkin 36 LLC**                                                    ,    Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | None | | - | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | None | | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | None | | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | None | | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | None | | - | 0.00 |
| 16. Accounts receivable. | | **Rental income due from tenants.** | - | 156,983.60 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | None | | - | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | None | | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | None | | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | None | | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | None | | - | 0.00 |

|  |  |
|---|---|
| Sub-Total > | 156,983.60 |
| (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dunkin 36 LLC** _____ ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | None | | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | None | | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | None | | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | None | | - | 0.00 |
| 26. Boats, motors, and accessories. | None | | - | 0.00 |
| 27. Aircraft and accessories. | None | | - | 0.00 |
| 28. Office equipment, furnishings, and supplies. | None | | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | None | | - | 0.00 |
| 30. Inventory. | None | | - | 0.00 |
| 31. Animals. | None | | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | None | | - | 0.00 |
| 33. Farming equipment and implements. | None | | - | 0.00 |
| 34. Farm supplies, chemicals, and feed. | None | | - | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | None | | - | 0.00 |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 215,694.82 |

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Dunkin 36 LLC**                                             ,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Covenant Asset Resources LLC**<br>c/o Abraham Talasazan<br>485 Seventh Ave., Ste. 7777<br>New York, NY 10018 | | - | **Second Mortgage**<br><br>**Holds consolidated second mortgage on 4060 Broadway, New York, NY.  Claim amount is $450,000, plus interest.**<br><br>Value $            0.00 | | | | 450,000.00 | 450,000.00 |
| Account No.<br><br>**HWH Uptown LLC**<br>c/o BRT Realty Trust<br>60 Cutter Mill Rd., Ste 303<br>Great Neck, NY 11021 | X | - | **First Mortgage**<br>**Subject to a repurchase agreement with Dunkin Lender LLC, c/o Madison Capital, 55 E. 59 St., 17 Fl, New York, NY 10022.  First mortgage is secured by real property located at 4060 Broadway, NY, NY.  Recently appraised at $4.2 million.**<br>Value $            0.00 | | | | 16,071,968.22 | 11,871,968.22 |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

__0__  continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 16,521,968.22 | 12,321,968.22 |
| Total<br>(Report on Summary of Schedules) | 16,521,968.22 | 12,321,968.22 |

B6E (Official Form 6E) (4/10)

.

In re    __Dunkin 36 LLC_____,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__ continuation sheets attached

12/30/10 4:55PM

In re **Dunkin 36 LLC**                                    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 |
| Account No. **NYC Dept. of Finance** 345 Adams St., 3rd Floor Legal Affairs, Devora Cohn Brooklyn, NY 11201 | - | | | | | | 118,506.39 | 0.00 118,506.39 |
| Account No. **NYS Dept of Taxation & Finance** Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. **NYS Unemployment Ins. Fund** P.O. Box 551 Albany, NY 12201 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 118,506.39 | 0.00 118,506.39 |
| Total (Report on Summary of Schedules) | 118,506.39 | 0.00 118,506.39 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Dunkin 36 LLC**                                                  ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A&D Paint Supply** <br> **5056 Broadway, #1** <br> **New York, NY 10034** | | - | | | | | 0.00 |
| Account No. <br><br> **Able Fire Prevention** <br> **241 West 26th Street** <br> **New York, NY 10001** | | - | | | | | 254.00 |
| Account No. <br><br> **Big Mike's** <br> **269 Links Drive** <br> **Oceanside, NY 11572** | | - | | | | | 250.00 |
| Account No. <br><br> **Cam Fuel Inc.** <br> **88 7th Avenue South** <br> **New York, NY 10014** | | - | | | | | 0.00 |
| __4__   continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | 504.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Dunkin 36 LLC** ,                    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cohen Hurkin Ehrenfeld Pomerantz & Tenenbaum LLP 25 Chapel St., Ste. 705 Brooklyn, NY 11201 | - | | | | | | 750.00 |
| Account No. 48-3007-0110-0004-0 | | | | | | | |
| Consolidated Edison of NY Bankruptcy Unit 4 Irving Place New York, NY 10003 | - | | | | | | 539.59 |
| Account No. | | | | | | | |
| Dept. of Housing Preservation 100 Gold Street, 3rd Floor Attn: Deborah Rand, Esq. New York, NY 10038 | - | | | | | X | 0.00 |
| Account No. | | | | | | | |
| Eden George Exterminating 6625 Avenue M Suite 3 Brooklyn, NY 11234 | - | | | | | | 785.00 |
| Account No. | | | | | | | |
| Empower NY 1304 Avenue M 2nd Floor Brooklyn, NY 11230 | - | | | | | | 150.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,224.59

In re   **Dunkin 36 LLC**                                  ,       Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ernesto's Hardware**<br>**2180 Amsterdam Avenue**<br>**New York, NY 10032-2418** | - | | | | | | 0.00 |
| Account No. <br><br>**Exact Meter Reading**<br>**408 E. 175th Street**<br>**Bronx, NY 10457** | - | | | | | | 150.00 |
| Account No. <br><br>**J. Klein Associates**<br>**219 Ditmas Avenue**<br>**Brooklyn, NY 11218-4903** | - | | | | | | 0.00 |
| Account No. **40001-51806-001**<br><br>**NYC Water Board**<br>**PO Box 410**<br>**Church Street Station**<br>**New York, NY 10008-0410** | - | | | | | | 3,621.60 |
| Account No. **80001-50749-001**<br><br>**NYC Water Board**<br>**PO Box 410**<br>**Church Street Station**<br>**New York, NY 10008-0410** | - | | | | | | 36,065.32 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **39,836.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dunkin 36 LLC**                                                      ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pablo Ramos** <br>**c/o Jesse Barab, Esq.** <br>**30 Park Circle** <br>**White Plains, NY 10603** | - | | | | | X | 0.00 |
| Account No. <br><br>**Sandler, Rosengarten, Denis & Berger, LLP** <br>**80 Cuttermill Road** <br>**Great Neck, NY 11021** | - | | | | | | 0.00 |
| Account No. <br><br>**Tiffany Heating Services** <br>**120 E. 34 Street** <br>**New York, NY 10016** | - | | | | | | 0.00 |
| Account No. <br><br>**Tsigonia Paint** <br>**4117 Broadway** <br>**Astoria, NY 11103** | - | | | | | | 0.00 |
| Account No. **212-927-8040** <br><br>**Verizon** <br>**140 West Street** <br>**Bankruptcy Unit** <br>**New York, NY 10007** | - | | | | | | 39.04 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **39.04**

In re **Dunkin 36 LLC** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Vorillas, Inc. 36-08 30th Avenue Astoria, NY 11103** | - | | | | | | 6,701.56 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 6,701.56

Total (Report on Summary of Schedules) 49,306.11

B6G (Official Form 6G) (12/07)

In re    **Dunkin 36 LLC**           ,    Case No. _____

                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Albania Arias**<br>**611 West 171 Street**<br>**Apt. 52B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, July 1, 2010 through June 30, 2012, $551.88 per month. Deposit on hand is $428.09.** |
| **Anselmo Gil**<br>**611 West 171 Street**<br>**Apt. 22A**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, February 1, 2010 through January 31, 2011, $1,934.96 per month. Deposit on hand is $800.** |
| **Antonio M. Martinez**<br>**611 West 171 Street**<br>**Apt. 41A**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, October 1, 2009 through September 30, 2010, $1,673.35 per month. Deposit on hand is $1,166.50.** |
| **Aquamarina**<br>**4060 Broadway**<br>**New York, NY 10032** | **Store 1, lease for restaurant, dated July 27, 2001 through July 31, 2011, $4,550.45 per month. Deposit on hand is $7,400.** |
| **Arelis Luna**<br>**611 West 171 Street**<br>**Apot. 54B**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, February 1, 2009 through January 31, 2011, $919.84 per month. Deposit on hand is $672.75.** |
| **Austin W. Haight**<br>**611 West 171 Street**<br>**Apt. 34B**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, January 1, 2009 through December 31, 2010, $2,182.19 per month. No deposit on hand.** |
| **Bao Guanhu**<br>**611 West 171 Street**<br>**Apt. 3A**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, December 1, 2008 through November 30, 2009, $1,020.98 per month.  Deposit on hand is $925.** |
| **Burong Hu**<br>**611 West 171 Street**<br>**Apt. 43A**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, February 2, 2010 through January 31, 2011, $1,944.46 per month. Deposit on hand is $1,125.  Which name is legal - Burong Hu or Qiangfeng Zhang?** |
| **Calla Vicky LLC**<br>**4060 Broadway**<br>**Attn: Yin Yan**<br>**New York, NY 10032** | **Commercial lease.  Store 2.  Calla Vicky LLC (Nail Salon), dated December 1, 2003 through November 30, 2013, $2,256.76 per month.  Deposit on hand, $3,780.** |

**4**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Dunkin 36 LLC**                                          Case No. _____
                                                              ,
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Caricia Medina**<br>**611 West 171 Street**<br>**Apt. 41B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, December 1, 2009 through November 30, 2011, $617.12 per month. Deposit on hand is $508.54.** |
| **Carlos Soto**<br>**611 West 171 Street**<br>**Apt. 4B**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, dated June 1, 2009 through May 31, 2011, $1,631.22 per month. Deposit on hand, $1,300.** |
| **Carmen Reyes**<br>**611 West 171 Street**<br>**Apt. 23B**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, December 1, 2008 through November 30, 2010, $1,214.39 per month. Deposit on hand is $920.92.** |
| **Danilo Polanco**<br>**611 West 171 Street**<br>**Apt. 52A**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, February 1, 2009 through January 30, 2011, $651.27 per month. Deposit on hand is $566.27.** |
| **Dulce M. Felix**<br>**611 West 171 Street**<br>**Apt. 22B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, August 1, 2010 through July 31, 2012, $1,511.30 per month.  No deposit.** |
| **E&L Enterprises Service Center**<br>**4066 Broadway**<br>**Attn: Alberto Moto**<br>**New York, NY 10032** | **Commercial lease for Store 5, a travel agency. Lease dated July 1, 2004 through August 31, 2010, $3,653.37 per month.  Deposit on hand, $6,119.28.** |
| **Eden George Extermination**<br>**6625 Avenue M**<br>**Brooklyn, NY 11234** | **Contractor agreement, dated July 1, 2010, between Eden George Extermination and Vorillas, Inc., as manager of 611 W. 171 St., New York, NY for pest control at 611 W. 171 St, New York, NY 10033, at a montly cost of $225.00.  Contract expires on July 1, 2011.** |
| **Edyl Ponce**<br>**611 West 171 Street**<br>**Apt. 51A**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated July 1, 2010 throug June 30, 2012, $660.69 per month. Deposit on hand, $568.03.** |
| **Evelyn Corona**<br>**611 West 171 Street**<br>**Apt. 3B**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, dated November 1, 2009 through October 31, 2011, $1,438.68 per month.  Deposit on hand, $823.97.** |
| **Frinet Camejo**<br>**611 West 171 Street**<br>**Apt. 42B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated April 2, 2010 through March 31, 2011, $833.34 per month. Deposit on hand, $563.78.** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Dunkin 36 LLC**                                                    ,     Case No. _____
                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Highpoint Wireless**<br>**4064 Broadway**<br>**New York, NY 10032** | **Commercial lease for Store 3, a wireless & communications retail store.  Lease dated July 13, 2006 through July 31, 2011, $2,339.70 per month.  Deposit on hand, $4,000.** |
| **Juan E. Leonzo**<br>**611 West 171 Street**<br>**Apt. 32B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated May 1, 2009 through April 30, 2011, $777.68 per month.  Deposit on hand, $552.26.** |
| **Julia Picas**<br>**611 West 171 Street**<br>**Apt. 43B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated December 1, 2009 through November 30, 2011, $647.79 per month.  Deposit on hand, $471.47.** |
| **Lyudmila Penchukova**<br>**611 West 171 Street**<br>**Apt. 53A**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated November 1, 2009 through October 31, 2010, $1,100 per month.  Deposit on hand, $1,100.** |
| **Manuel V. & Thelma Munoz**<br>**611 West 171 Street**<br>**Apt. 1A**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated April 1, 2009 through March 31, 2011, $841.91 per month.  Deposit on hand, $756.91.** |
| **Maria & Edith Camejo**<br>**611 West 171 Street**<br>**Apt. 44B**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, dated November 1, 2009 through October 31, 2011, $924.11 per month.  Deposit on hand, $787.12.** |
| **Maritza I. Astacio**<br>**611 West 171 Street**<br>**New York, NY 10032** | **Lease for commercial store.  Store A.  Lease dated September 30, 2001 through October 31, 2010, $2,924.64 per month.  Deposit on hand, $4,900.** |
| **Milagros Santos**<br>**611 West 171 Street**<br>**Apt. 32A**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, dated September 1, 2009 through August 31, 2011, $671.60 per month.  Deposit on hand, $480.** |
| **Nicola J. Leach**<br>**611 West 171 Street**<br>**Apt. 2A**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, dated December 1, 2008 through Novmeber 30, 2010, $1,500 per month.  Deposit on hand, $1,500.** |
| **Nikos II Inc.**<br>**4064 Broadway**<br>**Attn: Nicholas Laourdakis**<br>**New York, NY 10032** | **Commercial lease for Store 4, selling cosmetics, toiletries, and perfumes.  Lease dated April 1, 2001 through March 31, 2011, $4,862.37 per month.  Deposit on hand, $5,000.** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Dunkin 36 LLC**                                ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Nilda Ortiz**<br>**611 West 171 Street**<br>**Apt. 2B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated April 1, 2010 throgh March 31, 2012, $793.33 per month. No deposit on hand.** |
| **Ramona Diaz**<br>**611 West 171 Street**<br>**Apt. 33A**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated June 1, 2010 through May 31, 2011, $677.18 per month. Deposit on hand, $677.18.** |
| **Renato Mena**<br>**611 West 171 Street**<br>**Apt. 24B**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, dated September 1, 2009 through August 31, 2011, $1,024.07 per month. Deposit on hand, $625.32.** |
| **Rosa Madera**<br>**611 West 171 Street**<br>**Apt. 31A**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated April 1, 2009 through March 31, 2011, $826.38 per month. Deposit on hand, $556.28.** |
| **Rosario M. Castillo**<br>**611 West 171 Street**<br>**Apt. 21B**<br>**New York, NY 10032** | **Lease for 1 Bedroom apartment, dated November 1, 2008 through October 31, 2010, $1,570.15 per month. Deposit on hand, $1,040.99.** |
| **Sandra V. Lopez**<br>**611 West 171 Street**<br>**Apt. 1B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated February 2, 2010 through January 31, 2011, $1,070.32 per month. No deposit on hand.** |
| **Siliva Ruiz**<br>**611 West 171 Street**<br>**Apt. 51B**<br>**New York, NY 10032** | **Lease for 1 bedroom apartment, dated April 1, 2009 through March 31, 2011, $782.62 per month. Deposit on hand, $697.01.** |
| **Superintendent - Ray**<br>**611 West 171 Street**<br>**New York, NY 10032** | **Super of building, 1 bedroom apartment  No monthly rent.** |
| **T-Mobile (Antenna)**<br>**611 West 171 Street**<br>**New York, NY 10032** | **Lease for antenna....need more info, address invoices go to, etc.  Lease dated September 1, 2001 through August 31, 2008, $3,062.33 per month.  Deposit on hand, $1,500.** |
| **Travis J. Speck**<br>**611 West 171 Street**<br>**Apt. 21A**<br>**New York, NY 10032** | **Lease for 1 Bedroom apartment, dated July 1, 2010 through June 30, 2011, $1,454.64 per month. Deposit on hand, $1,140.** |
| **Vista Media**<br>**611 West 171 Street**<br>**New York, NY 10032** | **Lease for signs space.  Monthly rent is $375.** |

Sheet  **3**  of  **4**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Dunkin 36 LLC**                                         ,       Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Xu Dong Zhao**<br>**611 West 171 Street**<br>**Apt. 42A**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, dated February 2, 2010 through January 31, 2011, $1,624.10 per month.  Deposit on hand, $1,358.50.** |
| **Yuris F. Garcia**<br>**611 West 171 Street**<br>**Apt. 53B**<br>**New York, NY 10032** | **Lease for 2 bedroom apartment, dated August 1, 2009 through July 31, 2011, $819.27 per month. Deposit on hand, $490.05.** |

Sheet  **4**  of  **4**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

12/30/10 4:55PM

In re    **Dunkin 36 LLC**                                  ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Behrooz Hedvat**<br>**3 Moline Court**<br>**Great Neck, NY 11024** | **HWH Uptown LLC**<br>**c/o BRT Realty Trust**<br>**60 Cutter Mill Rd., Ste 303**<br>**Great Neck, NY 11021** |
| **Behrooz Hedvat**<br>**3 Moline Court**<br>**Great Neck, NY 11024** | **Dunkin Lender LLC**<br>**c/o Madison Capital**<br>**55 E. 59 St., 17th Fl.**<br>**New York, NY 10022** |
| **Dunkin 36 I LLC**<br>**3750 Broadway**<br>**New York, NY 10032** | **HWH Uptown LLC**<br>**c/o BRT Realty Trust**<br>**60 Cutter Mill Rd., Ste 303**<br>**Great Neck, NY 11021** |
| **Dunkin 36 I LLC**<br>**3750 Broadway**<br>**New York, NY 10032** | **Dunkin Lender LLC**<br>**c/o Madison Capital**<br>**55 E. 59 St., 17th Fl.**<br>**New York, NY 10022** |
| **Dunkin 36 II LLC**<br>**3600 Broadway**<br>**New York, NY 10031** | **Dunkin Lender LLC**<br>**c/o Madison Capital**<br>**55 E. 59 St., 17th Floor**<br>**New York, NY 10022** |
| **Dunkin 36 II LLC**<br>**3600 Broadway**<br>**New York, NY 10031** | **HWH Uptown LLC**<br>**c/o BRT Realty Trust**<br>**60 Cutter Mill Rd., Ste 303**<br>**Great Neck, NY 11021** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

12/30/10 4:55PM

# United States Bankruptcy Court
## Southern District of New York

In re   **Dunkin 36 LLC** _____    Case No. _____

                                                      Debtor(s)            Chapter    **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **20**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 30, 2010** _____       Signature    **/s/ Behrooz Hedvat** _____

                                                                                     **Behrooz Hedvat**
                                                                                     **Managing Member**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of New York

In re   **Dunkin 36 LLC**                             Case No. _____

                                   Debtor(s)                Chapter      **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$633,156.00** | **2010 YTD: Business Income** |
| **$633,156.00** | **2009: Business Income** |
| **$657,000.00** | **2008: Business Income** |

---

### 2. Income other than from employment or operation of business

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

             AMOUNT              SOURCE

---

## 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Various** | **Creditors were paid in the ordinary course of business.** | **$0.00** | **$0.00** |

None
■

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dept. of Housing Preservation and Development of the City of New York, for an Order to Provide Access to Premises known as: 3750 Broadway, New York, NY  10032 v. Dunkin 36 LLC, Konstandinos Vorillas and Behrooz Hedvat Index No. 1322/10** | **Order to Show Cause For Access to Premises to Do Emergency Repairs**<br><br>**Attorney for Petitioner - Jeffrey Compton, of Counsel Deborah Rand, Esq. Department of Housing Preservation and Development of the City of New York Housing Litigation Division 100 Gold Street, Third Floor New York, NY 10038 (212) 863-8225** | **Civil Court of the City of New York County of New York: Housing Part: B** | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dept. of Housing Preservation and Development of the City of New York, for an Order to Provide Access to Premises known as: 3750 Broadway, New York, NY 10032 v. Dunkin 36 LLC, Konstandinos Vorillas and Behrooz Hedvat Index No. 1708/10** | **Order to Show Cause for Access to Premises to do Emergency Repairs** | **Civil Court of the City of New York County of New York: Housing Part: B** | |
| | **Attorney for Petitioner - Jeffrey Compton, of Counsel Deborah Rand, Esq. Department of Housing Preservation and Development of the City of New York Housing Litigation Div** | | |
| | **Attorney for Petitioner - Jeffrey Compton, of Counsel Deborah Rand, Esq. Department of Housing Preservation and Development of the City of New York Housing Litigation Division 100 Gold Street, Third Floor New York, NY 10038 (212) 863-8225** | | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dept. of Housing Preservation and Development of the City of New York v. Dunkin 36 LLC, Konstandinos Vorillas and Behrooz Hedvat Index No. 93/2010** | **Attorney for Petitioner - Jeffrey Compton, of Counsel Deborah Rand, Esq. Department of Housing Preservation and Development of the City of New York Housing Litigation Division 100 Gold Street, Third Floor New York, NY 10038 (212) 863-8225** | | |
| **Dept. of Housing Preservation and Development of the City of New York v. Dunkin 36 LLC, Konstandinos Vorillas and Behrooz Hedvat Index No. 1304/2010** | **Attorney for Petitioner - Jeffrey Compton, of Counsel Deborah Rand, Esq. Department of Housing Preservation and Development of the City of New York Housing Litigation Division 100 Gold Street, Third Floor New York, NY 10038 (212) 863-8225** | | |
| **Dept. of Housing Preservation and Development of the City of New York v. Dunkin 36 LLC, Konstandinos Vorillas and Behrooz Hedvat Index No. 1489/2010** | **Attorney for Petitioner - Jeffrey Compton, of Counsel Deborah Rand, Esq. Department of Housing Preservation and Development of the City of New York Housing Litigation Division 100 Gold Street, Third Floor New York, NY 10038 (212) 863-8225** | | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dept. of Housing Preservation and Development of the City of New York v. Dunkin 36 LLC, Konstandinos Vorillas and Behrooz Hedvat Index No. 1521/2010** | **Attorney for Petitioner - Jeffrey Compton, of Counsel Deborah Rand, Esq. Department of Housing Preservation and Development of the City of New York Housing Litigation Division 100 Gold Street, Third Floor New York, NY 10038 (212) 863-8225** | | |
| **Ramos, Pablo vs. Dunkin 36, LLC Index No. 309969/2008** | **Attorney for Plaintiff - Jesse Barab, Esq. 30 Park Circle White Plains, NY 10603 (212) 781-0633**<br><br>**Attorney for Defendant - Kaufman Borgeest & Ryan, LLP 120 Broadway, 14th Floor New York, NY 10271 (212) 980-9600** | **Bronx Civil Supreme** | **Attorney for Plaintiff: Jesse Barab, Esq. 30 Park Circle White Plains, NY 10603 (212) 781-0633** |
| **Ernesto Sanchez d/b/a Ernesto's Hardware v. Dunkin 36, LLC and Mashalla, LLC 055113/09** | **Breach of Contract**<br><br>**Attorney for Plaintiff - Thomas S. Fleishell, Esq. Thomas S. Fleishell & Associates, P.C. 561 Seventh Avenue, 19th Floor New York, NY 10018 (212) 972-1355** | **Civil Court of the City of New York County of New York** | |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ernesto's Hardware** | | |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Marilyn Simon & Associates**<br>**110 E. 59th Street**<br>**23rd Floor**<br>**New York, NY 10022** | **November 19, 2010**<br>**December 30, 2010** | **$8,333.33**<br>**$8,333.33** |

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

#### 18 . Nature, location and name of business

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

#### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sandler, Rosengarten, Denis & Berger LLP**<br>**80 Cuttermill Road**<br>**Attn: Taso Denis**<br>**Great Neck, NY 11021** | **January 1, 2006 through present.** |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Sandler, Rosengarten, Denis & Berger LLP** | **80 Cuttermill Road**<br>**Attn: Taso Denis**<br>**Great Neck, NY 11021** |

| NAME | ADDRESS |
|---|---|
| **Vorillas, Inc.** | **36-08 30th Avenue**<br>**Attn: Gus Vorillas**<br>**Astoria, NY 11103** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Behrooz Hedvat**<br>**3 Moline Court**<br>**Great Neck, NY 11024** | **Managing Member** | **49.75% of membership interest** |
| **Faramarz Hedvat**<br>**33 Radnor Road**<br>**Great Neck, NY 11021** | **Member** | **49.75% of membership interest** |
| **Five Rock Inc.**<br>**3 Moline Court**<br>**Great Neck, NY 11024** | **Member** | **.5% of membership interest** |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **December 30, 2010**          Signature  **/s/ Behrooz Hedvat**

**Behrooz Hedvat**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re    **Dunkin 36 LLC**                      Case No. _____

                                          Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................ $      **16,666.66**

    Prior to the filing of this statement I have received ........................... $      **16,666.66**

    Balance Due ................................................................................... $      **0.00**

2. $   **1,039.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 30, 2010**                      **/s/ Marilyn Simon**

                                                     **Marilyn Simon**
                                                     **Marilyn Simon & Associates**
                                                     **110 E. 59th Street**
                                                     **23rd Floor**
                                                     **New York, NY 10022**
                                                     **(212) 759-7909   Fax: (212) 759-7690**
                                                     **msimon@msimonassoc.com**

# United States Bankruptcy Court
## Southern District of New York

In re    **Dunkin 36 LLC** _____ ,
Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ____**December 30, 2010**_____

Signature **/s/ Behrooz Hedvat**_____
**Behrooz Hedvat**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re    **Dunkin 36 LLC**

_____

Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 30, 2010**

**/s/ Behrooz Hedvat**

**Behrooz Hedvat/Managing Member**
Signer/Title

A&D Paint Supply
5056 Broadway, #1
New York, NY 10034


Able Fire Prevention
241 West 26th Street
New York, NY 10001


Albania Arias
611 West 171 Street
Apt. 52B
New York, NY 10032


Anselmo Gil
611 West 171 Street
Apt. 22A
New York, NY 10032


Antonio M. Martinez
611 West 171 Street
Apt. 41A
New York, NY 10032


Aquamarina
4060 Broadway
New York, NY 10032


Arelis Luna
611 West 171 Street
Apot. 54B
New York, NY 10032


Austin W. Haight
611 West 171 Street
Apt. 34B
New York, NY 10032


Bao Guanhu
611 West 171 Street
Apt. 3A
New York, NY 10032


Behrooz Hedvat
3 Moline Court
Great Neck, NY 11024

Big Mike's
269 Links Drive
Oceanside, NY 11572


Burong Hu
611 West 171 Street
Apt. 43A
New York, NY 10032


Calla Vicky LLC
4060 Broadway
Attn: Yin Yan
New York, NY 10032


Cam Fuel Inc.
88 7th Avenue South
New York, NY 10014


Caricia Medina
611 West 171 Street
Apt. 41B
New York, NY 10032


Carlos Soto
611 West 171 Street
Apt. 4B
New York, NY 10032


Carmen Reyes
611 West 171 Street
Apt. 23B
New York, NY 10032


Cohen Hurkin Ehrenfeld
Pomerantz & Tenenbaum LLP
25 Chapel St., Ste. 705
Brooklyn, NY 11201


Con Edison
P.O. Box 1702
New York, NY 10116-1702


Consolidated Edison of NY
Bankruptcy Unit
4 Irving Place
New York, NY 10003

Covenant Asset Resources LLC
c/o Abraham Talasazan
485 Seventh Ave., Ste. 7777
New York, NY 10018


Danilo Polanco
611 West 171 Street
Apt. 52A
New York, NY 10032


Dept. of Housing Preservation
100 Gold Street, 3rd Floor
Attn: Deborah Rand, Esq.
New York, NY 10038


Dulce M. Felix
611 West 171 Street
Apt. 22B
New York, NY 10032


Dunkin 36 I LLC
3750 Broadway
New York, NY 10032


Dunkin 36 II LLC
3600 Broadway
New York, NY 10031


Dunkin Lender LLC
c/o Madison Capital
55 E. 59 St., 17th Fl.
New York, NY 10022


E&L Enterprises Service Center
4066 Broadway
Attn: Alberto Moto
New York, NY 10032


Eden George Exterminating
6625 Avenue M
Suite 3
Brooklyn, NY 11234


Eden George Extermination
6625 Avenue M
Brooklyn, NY 11234

Edyl Ponce
611 West 171 Street
Apt. 51A
New York, NY 10032


Empower NY
1304 Avenue M
2nd Floor
Brooklyn, NY 11230


Ernesto's Hardware
2180 Amsterdam Avenue
New York, NY 10032-2418


Evelyn Corona
611 West 171 Street
Apt. 3B
New York, NY 10032


Exact Meter Reading
408 E. 175th Street
Bronx, NY 10457


Frinet Camejo
611 West 171 Street
Apt. 42B
New York, NY 10032


Highpoint Wireless
4064 Broadway
New York, NY 10032


HWH Uptown LLC
c/o BRT Realty Trust
60 Cutter Mill Rd., Ste 303
Great Neck, NY 11021


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J. Klein Associates
219 Ditmas Avenue
Brooklyn, NY 11218-4903

Juan E. Leonzo
611 West 171 Street
Apt. 32B
New York, NY 10032


Julia Picas
611 West 171 Street
Apt. 43B
New York, NY 10032


Lyudmila Penchukova
611 West 171 Street
Apt. 53A
New York, NY 10032


Manuel V. & Thelma Munoz
611 West 171 Street
Apt. 1A
New York, NY 10032


Maria & Edith Camejo
611 West 171 Street
Apt. 44B
New York, NY 10032


Maritza I. Astacio
611 West 171 Street
New York, NY 10032


Milagros Santos
611 West 171 Street
Apt. 32A
New York, NY 10032


Nicola J. Leach
611 West 171 Street
Apt. 2A
New York, NY 10032


Nikos II Inc.
4064 Broadway
Attn: Nicholas Laourdakis
New York, NY 10032

Nilda Ortiz
611 West 171 Street
Apt. 2B
New York, NY 10032


NYC Dept. of Finance
345 Adams St., 3rd Floor
Legal Affairs, Devora Cohn
Brooklyn, NY 11201


NYC Dept. of Finance
PO Box 92
New York, NY 10008-0092


NYC Water Board
PO Box 410
Church Street Station
New York, NY 10008-0410


NYS Dept of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


NYS Unemployment Ins. Fund
P.O. Box 551
Albany, NY 12201


Pablo Ramos
c/o Jesse Barab, Esq.
30 Park Circle
White Plains, NY 10603


Ramona Diaz
611 West 171 Street
Apt. 33A
New York, NY 10032


Renato Mena
611 West 171 Street
Apt. 24B
New York, NY 10032

Rosa Madera
611 West 171 Street
Apt. 31A
New York, NY 10032


Rosario M. Castillo
611 West 171 Street
Apt. 21B
New York, NY 10032


Sandler, Rosengarten, Denis
& Berger, LLP
80 Cuttermill Road
Great Neck, NY 11021


Sandra V. Lopez
611 West 171 Street
Apt. 1B
New York, NY 10032


Siliva Ruiz
611 West 171 Street
Apt. 51B
New York, NY 10032


Superintendent - Ray
611 West 171 Street
New York, NY 10032


T-Mobile (Antenna)
611 West 171 Street
New York, NY 10032


Thomas S. Fleishell, Esq.
Thomas S. Fleishell & Assoc.
561 Seventh Ave, 19th Fl.
New York, NY 10018


Tiffany Heating Services
120 E. 34 Street
New York, NY 10016


Travis J. Speck
611 West 171 Street
Apt. 21A
New York, NY 10032

Tsigonia Paint
4117 Broadway
Astoria, NY 11103


Verizon
140 West Street
Bankruptcy Unit
New York, NY 10007


Vista Media
611 West 171 Street
New York, NY 10032


Vorillas, Inc.
36-08 30th Avenue
Astoria, NY 11103


Xu Dong Zhao
611 West 171 Street
Apt. 42A
New York, NY 10032


Yuris F. Garcia
611 West 171 Street
Apt. 53B
New York, NY 10032

# United States Bankruptcy Court
## Southern District of New York

In re    __Dunkin 36 LLC__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Dunkin 36 LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 30, 2010__

Date

/s/ Marilyn Simon

**Marilyn Simon**

Signature of Attorney or Litigant

Counsel for __Dunkin 36 LLC__

**Marilyn Simon & Associates**
**110 E. 59th Street**
**23rd Floor**
**New York, NY 10022**
**(212) 759-7909 Fax:(212) 759-7690**
**msimon@msimonassoc.com**